# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Taurus Blossom

                       Plaintiff,

v.                                        Case No.: 1:13–cv–09202
                                                    Honorable Ruben Castillo

Thomas Dart, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 2, 2014:

      MINUTE entry before the Honorable Ruben Castillo:Status hearing held on 12/2/2014 and continued to 1/27/2015 at 9:45 a.m. The parties are granted leave to proceed with all discovery. All discovery must be completed on or before 4/30/2015. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.